## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIKHOU DRAME,                            :
                                         :
            Petitioner                   :        Case No. 2:26-cv-00091
      v.                                 :
                                         :
JAMAL L. JAMISON, ET AL.                 :
                                         :
            Respondents.                 :

## STIPULATION AND ORDER

Petitioner is non-citizen who has been detained by immigration authorities since January 7, 2026. Petitioner filed this action for a writ of habeas corpus later that day (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED that the Court will decide the petition on the papers.

1

Dated:  January 12, 2026                     Respectfully submitted,

                                            DAVID METCALF
                                            United States Attorney


/s/ Caitlin Costello                        /s/ Mansi G. Shah
CAITLIN COSTELLO, ESQ.                      MANSI G. SHAH
Palladino, Isbell & Casazza, LLC           Assistant United States Attorney
1528 Walnut St, Suite 1701                 Eastern District of Pennsylvania
Philadelphia, PA 19102                     615 Chestnut Street, Suite 1250
Office: (215) 576-9000                     Philadelphia, PA 19106
Email: caitlin@piclaw.com                  Phone:  (215) 861-8318
                                            Email:  Mansi.Shah@usdoj.gov

Counsel for Petitioner                      Counsel for Respondents



                        BY THE COURT



                        _____
                        PAUL S. DIAMOND
                        United States District Court Judge

2