## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIKHOU DRAME, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-91 |
| | : | |
| JAMAL L. JAMISON, *et al.*, | : | |
| Respondents. | : | |
| | : | |

## O R D E R

**AND NOW**, this 12th day of January, 2026, upon consideration of Sikhou Drame's Petition (Doc. No. 1) and the Government's Answer (Doc. No. 4), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in Demirel, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. **On or before** **January 16, 2026**, Respondents **shall provide** Petitioner with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

3. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.

1