**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SIKHOU DRAME,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-91** |
| | : | |
| **JAMAL L. JAMISON,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

## O R D E R

On January 12, 2026, I ordered that Respondents provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), on or before January 16, 2026. (Doc. No. 6.) That hearing is scheduled to take place on January 15, 2026 in Courtroom 14A of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania. That hearing is cancelled. **AND NOW**, this 14th day of January, 2026, it is hereby **ORDERED** that the hearing will be conducted at the Moshannon Valley Processing Center. Petitioner **SHALL** be transferred to the Center so that he can participate in the hearing at the earliest practicable time, but, in any event, no later than January 22, 2026.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.

1