**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SIKHOU DRAME,** | : |
| **Petitioner,** | : |
| | : |
| **v.** | :     **Civ. No. 26-91** |
| | : |
| **JAMAL L. JAMISON,** *et al.*, | : |
| **Respondents.** | : |
| | : |

## O R D E R

**AND NOW,** this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.